IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RAYMONG YOUNG, | ) | CIV. NO. 08-00171 JMS/KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GEICO INDEMNITY COMPANY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on July 31, 2009 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, September 22, 2009.



    /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge